**ORIGINAL**

**FILED**

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

FILED

JUN 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

_____

The Honorable Robert L. Deschamps, III, Judge of the District Court for the Fourth Judicial District of the State of Montana, has requested the assistance of retired District Judge Ed McLean to assume jurisdiction of the Law Motion calendar on October 19, 2022 in Mineral County, and the assistance of retired District Judge Karen S. Townsend to assume jurisdiction of the Law and Motion calendar in Missoula County on October 25, 2022.

Judge McLean and Judge Townsend have retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, have advised that they are agreeable to assisting the Fourth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Ed McLean, retired District Judge, is hereby called to active service in the District Court of the Fourth Judicial District of the State of Montana, to assume judicial authority of the Law and Motion calendar in Mineral County on October 19, 2022, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. The Honorable Karen S. Townsend, retired District Judge, is hereby called to active service in the District Court of the Fourth Judicial District of the State of Montana, to assume judicial authority of the Law and Motion calendar in Missoula County on October 25, 2022, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

3. For all active service, Judge McLean and Judge Townsend shall be paid the salary compensation to which they are entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

A copy of this Order shall be filed with the District Court Clerks of Missoula and Mineral Counties, with the request that this Order be publicly posted for all counsel of record in all cases scheduled on the Law and Motion calendar in Mineral County on October 19, 2022, and Missoula County on October 25, 2022.

A copy of this Order shall be provided to the Honorable Robert L. Deschamps, III, the Honorable Ed McLean, the Honorable Karen S. Townsend, and Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 9 day of June, 2022.

_____
Chief Justice